UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JERRY G. NORDBY,<br><br>            Plaintiff,<br><br>      v.<br><br>UNUM PROVIDENT INSURANCE CO.,<br><br>            Defendant. | NO. CV-06-0117-EFS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO TERMINATE LAWSUIT, ENTER JUDGMENT, AND CLOSE FILE** |

    Before the Court, without oral argument, is Plaintiff's Motion to Terminate Lawsuit.  (Ct. Rec. 36.)  On February 20, 2009, the Court entered an Order Granting and Denying in Part Defendant's Motion for Summary Judgment, ruling that Unum may offset Plaintiff's long-term disability benefits payment consistent with the Plan, Unum need not pay Plaintiff future disability benefit payments in advance, and Plaintiff's non-benefits damages are limited to litigation costs.  Plaintiff was directed to file a notice no later than March 9, 2009, identifying his litigation expenses recoverable under 29 U.S.C. § 1132(g)(1), if he wished to recover such.  In lieu of a notice, Plaintiff filed the instant motion on March 9, 2009, withdrawing his claim for litigation costs and requesting dismissal of the action.  The Court finds good cause to grant Plaintiff's request.
///

ORDER * 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Terminate Lawsuit **(Ct. Rec. 36)** is **GRANTED**.

2. **Judgment** is to be entered in Defendant's favor with prejudice. No fees and costs are to be awarded.

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and counsel.

**DATED** this ___13th___ day of March 2009.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2006\0117.dismiss.wpd

ORDER * 2